THE PEOPLE OF THE STATE OF NEW YORK ex rel. MANUFACTURERS TRUST COMPANY, Respondent, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Appellants.

Argued June 1, 1948; decided July 16, 1948.

*John P. McGrath, Corporation Counsel* (*James J. McGowan, William F. Murphy* and *Morris Handel* of counsel), for appellants.

*Isidore Feil* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.